# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| BARRY BOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 10-0208-CV-W-DGK |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On August 10, 2010, the above-listed case was dismissed for failure to prosecute (Doc.

11). After considering plaintiff's second motion to reopen the case (Doc. 15), the case was

reopened and plaintiff was directed to file his social security brief on or before October 8, 2010.

Plaintiff was cautioned that any further deadlines that were missed would result in the case being

dismissed. Plaintiff has failed to file his brief by the October 8, 2010, deadline. It is hereby

ORDERED that the case is dismissed without prejudice.


    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Date: October 18, 2010